## Wm. F. ROBERTS, Jr., v. STATE.
### No. 15042.

Court of Criminal Appeals of Texas.
Dec. 16, 1931.

Critz & Woodward, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for forgery; penalty assessed at confinement in the penitentiary for two years.

Upon the request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Wm. F. ROBERTS, Jr., v. STATE.
### No. 15041.

Court of Criminal Appeals of Texas.
Dec. 16, 1931.

Critz & Woodward, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Forgery is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Wm. F. ROBERTS, Jr., v. STATE.
### No. 15040.

Court of Criminal Appeals of Texas.
Dec. 16, 1931.

Critz & Woodward, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for forgery; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Taft SPIGNER v. STATE.
### No. 14969.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

R. H. Beville, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find in the record no statement of facts or bills of exception. The indictment, the judgment, and sentence appear in conformity with law.

The judgment will be affirmed.

## C. R. BORAH, Appellant, v. Mamie L. KEMP et al., Appellees.
### No. 8687.

Court of Civil Appeals of Texas. San Antonio.
Nov. 25, 1931.

Rehearing Denied Dec. 23, 1931.

J. F. Carl, of Edinburg, for appellant.

L. J. Polk, of Pharr, for appellee.

FLY, C. J.

This is a suit instituted by appellees to recover certain commissions, for procuring buyers for two tracts of land, in the sum of $571.-50. The trial resulted in a judgment in favor of appellees for $500.

The trial judge passed upon the weight of the testimony and the credibility of the wit-